UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-60239-CR-DIMITROULEAS

UNITED STATES OF AMERICA
                Plaintiff,          PRISONER# 03858-104
VS.                                  LANGUAGE: ENGLISH

CHRISTOPHER HOLMES,
                Defendant.

## ARRAIGNMENT INFORMATION SHEET

The above names Defendant appeared before Magistrate Patrick M. Hunt on October 2, 2013, where the Defendant was arraigned on the information and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENSE COUNSEL: Michael Dutko, Esq.

BOND SET: $100,000 PSB and $100,000 – 10%

October 2, 2013

STEVEN LARIMORE
CLERK OF COURT

By: *Debbie Blay*
Deputy Clerk