# COURT MINUTES

## United States Magistrate Judge Patrick M. Hunt

Date: 10/2/2013   Time: 11:00am

Defendant: Christopher Holmes (B) ✓   J#: 03858-104   Case #: 13-60239-cr-Dimitrouleas

AUSA: Corey Steinberg ✓   Attorney: Michael Dutko ✓

Violation: 18:2252

Proceeding: Arraignment   CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No   Recommended Bond:

Bond Set at:   Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person

☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

Language:

Disposition:
Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Defense Ore Tenus motion to modify conditions of PTR — granted / Deft allowed to do yard work every Tuesday and Friday between 11am — 2pm.

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE: 10/17/13   11:00am   Duty (Snow)   Ftl

D.A.R. 11.04.46   Time in Court: 5min

Page: 2