UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-60239-CR-DIMITROULEAS

UNITED STATES OF AMERICA
    Plaintiff,

VS.

CHRISTOPHER HOLMES,
    Defendant
_____/

## ORDER MODIFYING BOND CONDITIONS

This Cause came before this Court on the Defendant's ore tenus Unopposed Motion to Modify Bond Conditions. The Court having reviewed the motion and the record, and being otherwise fully advised, it is

ORDERED AND ADJUDGED that the Defendant's Unopposed Motion to Modify Bond Conditions is hereby GRANTED. The Defendant's home confinement conditions are hereby modified to allow him to be out of his house and in his yard for purposes of yard work and gardening between the hours of 11:00 am and 2:00 pm every Tuesday and Friday. All other previously set conditions remain in effect.

DONE AND ORDERED at Fort Lauderdale, Florida this 2d day of October, 2013.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

cc: Corey Steinberg, AUSA
  Michael Dutko, Esq.
  United States Probation Office