UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60239-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER HOLMES,

    Defendant.
_____/

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL CALL SET FOR NOVEMBER 1, 2013 AND TRIAL SET FOR THE TWO-WEEK CALENDAR OF NOVEMBER 12, 2013

COMES NOW Defendant, CHRISTOPHER HOLMES, by and through undersigned counsel, and hereby moves this Honorable Court for entry of an Order continuing the Trial Call and Trial set in the above-captioned matter, and as grounds therefore states as follows:

1. That the above-captioned matter is set for Trial Call on November 1, 2013, and for Trial for the two-week Calendar of November 12, 2013;

2. That undersigned counsel has received the Government's Discovery Response which is being reviewed. Additionally, counsel is in the process of coordinating arrangements for a defense expert forensic examiner to evaluate the computer which was seized in this case and is in the Governments's possession;

3. That it is expected that the forensic analysis will require eight to ten hours to complete and can only be done in the presence of Government witnesses. Concerns have been raised that coordinating the necessary schedules may be impossible to accomplish prior to the scheduled Trial Call on November 1, 2013;

4. That undersigned counsel is aware of the Court's earlier written Order requiring written Motions for Continuance to be filed on or before Friday, October 18, 2013; however, undersigned counsel was previously unaware of the anticipated difficulty in coordinating schedules to accomplish the critical and important function of the forensic analysis;

5. That it is anticipated that this matter will ultimately be resolved by a Change of Plea; however, a complete forensic analysis by the defense computer expert is vitally important to assess Defendant's culpability, as well as a determination of certain factors that will likely impact Defendant's projected sentencing range.

  6. That undersigned counsel has discussed these scheduling issues and this request for continuance with Assistant United States Attorney Corey Steinberg (954-660-5147) who has authorized undersigned counsel to represent to the Court that the Government concurs with counsel's representations and has <u>no objection</u> to the relief sought herein.

  WHEREFORE, Defendant, CHRISTOPHER HOLMES, by and through undersigned counsel, hereby respectfully prays this Honorable Court will enter an Order continuing the Trial Call set for November 1, 2013, and the Trial set for the two-week Calendar of November 12, 2013.

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a copy of the foregoing document is being electronically filed via the CM/ECF system this 22nd day of October, 2013, with the Clerk of the United States District Court, Southern District of Florida. I further certify that a copy of the foregoing document is being furnished via the CM/ECF system with COREY STEINBERG, Assistant United States Attorney, Office of the United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, FL 33394.

            Respectfully submitted,

            BOGENSCHUTZ, DUTKO & KROLL, P.A.
            Attorneys for Defendant
            600 South Andrews Avenue
            Suite 500
            Fort Lauderdale, FL 33301
            954-764-2500
            954-764-5040 (fax)
            mdukto@bdkpa.com; jeanhanau@bdkpa.com

            BY:   /s/
              MICHAEL E. DUTKO, SR.
              Florida Bar No. 434957