UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60239-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

vs.

CHRISTOPHER HOLMES,

        Defendant.

_____/

## PROTECTIVE ORDER TO PRESERVE
## AND MAINTAIN PROPERTY IDENTIFIED FOR FORFEITURE

The United States of America ("United States") has moved for the entry of a protective order pursuant to Title 18, United States Code, Sections 983(a)(1)(A)(iii)(II) and 983(a)(3)(C) and Title 21, United States Code, Section 853(e)(1)(A) in order to take the necessary steps to preserve its right to maintain custody of certain property which is alleged to be subject to forfeiture in the event of conviction in this cause, to wit:

    (a.)    One (1) Toshiba Laptop Computer, Serial Number 5B100586K.

(the "property").

The United States seeks to maintain custody of the property in accordance with the applicable provisions of the Civil Asset Forfeiture Reform Act of 2000, codified at Title 18, United States Code, Section 983(a).

The United States is entitled to a protective order pursuant to Title 21, United States Code, Section 853(e)(1)(A) as it has obtained an Indictment alleging, *inter alia*, that the property is subject to forfeiture in the event of a conviction.

Based on the foregoing, and for good cause shown thereby, the United States' Motion for Entry of Protective Order is **GRANTED**.

Accordingly, pursuant to Title 21, United States Code, Section 853(e)(1)(A), it is hereby,

**ORDERED** that the seizing agency shall terminate any pending non-judicial forfeiture proceeding regarding the property; and

**ORDERED** that the property shall remain in the custody of the United States pending further order of the Court.

**DONE AND ORDERED** in Chambers at the United States Courthouse in Fort Lauderdale, Florida on this _13_ day of November 2013.

_____
HONORABLE WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE