UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60239-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,
v.

CHRISTOPHER HOLMES,

    Defendant.
_____/

### DEFENDANT'S UNOPPOSED MOTION TO TEMPORARILY MODIFY CONDITIONS OF PRETRIAL RELEASE/HOME CONFINEMENT FOR THE PERIOD FROM DECEMBER 24, 2013 THROUGH JANUARY 1, 2014

COMES NOW Defendant, CHRISTOPHER HOLMES, by and through undersigned counsel, and hereby moves this Honorable Court for entry of an Order temporarily modifying the conditions of Pretrial Release/Home Confinement from December 24, 2013 through January 1, 2014, and as grounds therefore, states as follows:

1. That Defendant, CHRISTOPHER HOLMES, was arrested on the instant charge on or about August 23, 2013. HOLMES was initially detained in custody, but was thereafter released from custody on or about September 11, 2013, under terms and conditions which called for Home Confinement. From the time of his release from custody, HOLMES has been permitted to leave his home only for group therapy and counseling sessions, religious services, medical treatment, court hearings and scheduled appointments with undersigned counsel. In addition, HOLMES was ordered to comply with the conditions of the Adam Walsh Act which was incorporated into the Court's Order;



2. That subsequent thereto, on or about October 2, 2013, an Order was entered permitting HOLMES to go outside of his house into his yard for purposes of doing yard work and gardening between the hours of 11:00 a.m. and 2:00 p.m. every Tuesday and Friday. All other conditions of the Court's Order of September 11, 2013, remain in effect. The foregoing is the current status of the terms of and conditions of Defendant's Pretrial Release/Home Confinement.

3. That during his release from custody and supervision on Home Confinement, HOLMES has arduously abided by all of the terms and conditions as set forth by the Court, including reporting as directed by his Pretrial Release Officer Frank Ardino (954-769-5634), as well as Officer Randel Frimet (954-769-5621), who is responsible for continuously monitoring HOLMES' location. Both Officers Ardino and Frimet have independently indicated to undersigned counsel that HOLMES has always been where he's supposed to be and has followed their directions precisely with courtesy and respect;

4. That HOLMES' parents live in Michigan and are elderly and not in particularly good health. HOLMES desires to spend time with his parents and family during the upcoming holiday season, as this may well be his last opportunity to do so for a while. Rather than seeking judicial authorization to travel to Michigan, HOLMES has made arrangements for his parents to travel to South Florida toward the end of December, 2013;

5. That during the time his parents and relatives are in town, HOLMES would like to be able to accompany then to dinner, shopping, sight-seeing, etc. Under the current terms of his release on Home Confinement, such would not be possible. Accordingly, HOLMES respectfully requests entry of an Order by the Court authorizing him to leave his residence at approximately 10:00 a.m. and return home by 10:00 p.m. for the period of time beginning on December 24, 2013, and continuing through January 1, 2014;

LAW OFFICES OF BOGENSCHUTZ, DUTKO & KROLL, P.A.
600 SOUTH ANDREWS AVENUE, SUITE 500 · FORT LAUDERDALE, FLORIDA 33301 · TELEPHONE (954) 764-2500 · FAX (954) 764-5040

6. That in addition thereto, if the Court is inclined to grant this Motion, HOLMES shall be required to submit a pre-approved schedule to his Pretrial Release Officer advising of his daily activities and potential whereabouts, including a contact number, <u>prior</u> to leaving his residence.

7. Thereafter, on or about January 2, 2014, it would be understood and ordered that the existing conditions of Defendant's Pretrial Release/Home Confinement as set forth in Paragraph 1 above would automatically be reinstated;

8. That undersigned counsel has discussed this request with Assistant United States Attorney Corey Steinberg (954-660-5147) who has authorized undersigned counsel to indicate to the Court that the Government has <u>no objection</u> to this request, as long as all persons responsible for monitoring and supervising HOLMES on Pretrial Release/Home Confinement have been fully apprised. Accordingly, undersigned counsel previously forwarded a *DRAFT* copy of this Motion to both Officers Ardino and Frimet for their review and input;

9. That Officers Frimet and Ardino have since reviewed the *DRAFT* copy of this Motion and have advised undersigned counsel of the necessary changes which have been included in this Motion.

WHEREFORE, Defendant, CHRISTOPHER HOLMES, by and through undersigned counsel, respectfully requests entry of an Order temporarily modifying the conditions of Pretrial Release/ Home Confinement for Defendant for the limited time period of December 24, 2013, to and including, January 1, 2014, permitting Defendant to leave his residence from 10:00 a.m. to 10:00 p.m., after having submitted a pre-approved schedule to his Pretrial Release Officer advising of his daily activities and potential whereabouts, including a contact number. During such time HOLMES shall continue to comply with all terms and conditions of the Adam Walsh Act as previously set by Magistrate Judge Hunt shall remain in effect. Thereafter, on January 2, 2014, all terms of Pretrial Release/Home Confinement as are currently in effect by the Court's Order of October 2, 2013, shall automatically be reinstated and shall remain in effect until further Order of the Court.

LAW OFFICES OF BOGENSCHUTZ, DUTKO & KROLL, P.A.
600 SOUTH ANDREWS AVENUE, SUITE 500 • FORT LAUDERDALE, FLORIDA 33301 • TELEPHONE (954) 764-2500 • FAX (954) 764-5040



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document is being electronically filed via the CM/EFC system this 5th day of December, 2013, with the Clerk of the United States District Court, Southern District of Florida; COREY STEINBERG, Assistant United States Attorney, Office of the United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, FL 33394.

I FURTHER CERTIFY that the foregoing document is being electronically furnished by email this 5th day of December, 2013, to: RANDEL FRIMET, United States Probation Officer, Location Monitoring Program, Fort Lauderdale, FL (randel_frimet@flsp.uscourts.gov); and, FRANK ARDINO, United States Probation Officer, Pretrial Release Officer, Fort Lauderdale, FL (frank_ardino@flsp.uscourts.gov).

Respectfully submitted,

BOGENSCHUTZ, DUTKO & KROLL, P.A.
Attorneys for Defendant/CHRISTOPHER HOLMES
600 South Andrews Avenue
Suite 500
Fort Lauderdale, FL 33301
954-764-2500
954-764-5040 (fax)
mdukto@bdkpa.com; jeanhanau@bdkpa.com

BY: /s/ MICHAEL E. DUTKO, SR.
    Florida Bar No. 434957

- 4 -

