UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,　　　　　　CASE NO.  13-60239-CR-DIMITROULEAS

　　　Plaintiff,

vs.

CHRISTOPHER HOLMES,

　　　Defendant.
_____/

**O R D E R**

THIS CAUSE came before the Court on the Defendant's December 5, 2013 Unopposed Motion to Modify Conditions of Home Confinement.  [DE-23].  The Court having reviewed the motion and the record, and being otherwise fully advised, it is

ORDERED AND ADJUDGED that the Defendant's Unopposed Motion [DE-23] is hereby Granted.  The original conditions will automatically be re-instated on January 1, 2014 at 10:00 P.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of December, 2013.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Corey Steinberg, AUSA
Michael Dutko, Esquire
Pre-Trial Services