## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

Time in Court: 30 min.

CASE NUMBER: 13-60239   DATE: January 22, 2014

COURTROOM CLERK: Karen Carlton   COURT REPORTER: Francine Salopek

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS   Christopher Holmes

U.S. ATTORNEY: Corey Steinberg   DEFT. COUNSEL: Michael Ottho

REASON FOR HEARING: Change of Plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to enter guilty plea to Indictment. Court accepts guilty plea.

CASE CONTINUED TO: 4/9/14   TIME: 1:15   FOR: Sentencing

MISC: Written plea agreement filed. Written factual proffer filed.