UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60239-CR-DIMITROULEAS/Snow

UNITED STATES OF AMERICA,

v.

CHRISTOPHER HOLMES,

Defendant.
_____/

## STIPULATED FACTUAL BASIS

Christopher Holmes (hereinafter referred to as "the defendant") individually and by and through his counsel, Michael E. Dutko, and the United States by and through the undersigned Assistant United States, agree and stipulate that the government would produce evidence of the facts recited below which are a fair and accurate summary of the events and the defendant's involvement in the conduct charged in the underlying Indictment and the charges to which the defendant is pleading guilty.

1. On or about April 15, 2013, Homeland Security Investigations (HSI) and the South Florida Internet Crimes Against Children (ICAC) Task Force received information from the State of Wisconsin, Department of Justice, Milwaukee Drug Enforcement Administration (DEA). According to the information, on September 12, 2012, DEA executed a search warrant at the residence of Jeffrey Hussinger pursuant to which, several computers and electronic devices were seized. During the analysis of the electronics, Yahoo! messenger chat logs were discovered between Hussinger (milwcowboy@yahoo.com) and a Yahoo! messenger account using the screen name of toilettop2000@yahoo.com. The topic of many of the chats was the

1

rape and sexual abuse of children. Further investigation revealed that the defendant was the user of the screen name toilettop2000@yahoo.com, as well as toilettop@aol.com and rnchylthrtop@aol.com. Additional investigation revealed that the defendant resided in Broward County, Florida and was a pilot for American Airlines.

2. Based on this information and the violent nature of the chats, HSI agents detained the defendant's Toshiba computer in accordance with DHS/HSI policy governing the border search of electronics pursuant to a United States Customs and Border Protection (CBP) secondary inspection at Dallas Fort Worth International Airport. The computer was then forwarded to DHS/HSI SAC Miami for a forensic search of the computer to be conducted.

3. HSI Computer Forensic Agent (CFA) Mike Bentolila, a forensic analyst in the Miami office, conducted a search of the defendant's computer. While examining the computer, CFA Bentolila found images of child pornography on the computer hard drive depicting children engaged in sexually explicit conduct, some children being under the age of 12 and some children being held in bondage. These images were located in unallocated space, Internet Explorer History and in Yahoo! Messenger icon files. According to CFA Bentolila, although the recovered images had been deleted and were no longer readily accessible for viewing on the computer, they were retrieved through forensic examination.

4. According to the forensic examination, images of child pornography were accessed on the defendant's computer between the approximate dates of April 22, 2012 and April 16, 2013. The child pornography that was recovered from the defendant's computer had been shipped or transported in interstate and foreign commerce.

5. While examining the defendant's computer, SA Bentolila also recovered portions of a chat log between the defendant, using the screen name toilettop2000, and an unidentified

subject using the screen name "Jimmy Wright." The contents of the chat log contain sadistic and violent descriptions of child sexual abuse. This chat occurred on August 6, 2013.

6. The foregoing events occurred in Broward County in the Southern District of Florida and elsewhere.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 1/22/14                By: _____
                                Corey Steinberg
                                Assistant United States Attorney

Date: 1/22/14                By: _____
                                Michael E. Dutko
                                Attorney for Defendant

Date: 1/22/14                By: _____
                                Christopher Holmes
                                Defendant

3