UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60239-CR-WPD

UNITED STATES OF AMERICA
Plaintiff,

NOTICE OF SENTENCING

vs.

Christopher Holmes
Defendant
_____/

TO: DEFENDANT, DEFENSE COUNSEL, AND U.S. ATTORNEY'S OFFICE

By direction of the Honorable William P. Dimitrouleas, United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern District of Florida on April 4, 2014 @ 1:15 for imposition of sentence. On that date, report to:

Select One: 299 E. Broward Blvd FTL, FL   Courtroom No.: 205B

where sentence will be imposed. You will receive no further notice.

If the above-named defendant has executed a bond with this Court, let this notice advise the defendant that failure to appear as directed herein could result in his/her being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. Sec. 3146).

IT IS FURTHER ORDERED that a Presentence Investigation and Report (PSI) to this Court will be completed. DEFENSE COUNSEL ARE TO REPORT IMMEDIATELY TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTIONS. IF ON BOND, THE DEFENDANT SHALL REPORT TO THE PROBATION OFFICE ALSO.

IT IS FURTHER ORDERED that the U.S. Attorney's Office shall immediately provide the U.S. Probation Department with the necessary information to prepare the Prosecution version of the Presentence Report.

STEVEN M. LARIMORE
COURT ADMINISTRATOR-CLERK OF COURT

By: _____
    Deputy Clerk

DATE: January 22, 2014
COUNSEL FOR DEFENDANT: Michael Dutko

DEFENDANT: _____

[X] GUILTY PLEA    [X] BOND              TO COUNTS: 1
[ ] TRIAL          [ ] FEDERAL CUSTODY   OF TOTAL COUNTS: 1
                   [ ] STATE CUSTODY
                   [ ] U.S.M. CUSTODY    AUSA: Corey Steinberg

cc: U.S. Attorney
    U.S. Marshal
    U.S. Probation Office
    Defense Counsel
    Defendant