John Barcus

2697 Weymoth Rd
Winston Salem, NC. 27103
336-813-4911
UsafJohnTx@aol.com

February 19, 2014

Honorable Judge William P Dimitrouleas
US District Court for the Southern District of Florida
299 E. Broward Blvd
#203F
Ft. Lauderdale, FL 33301

Dear Honorable Judge Dimitrouleas,

I'd like to introduce myself. My name is John Barcus. I've been a Registered Nurse for over 25 years now, having worked a Majority of time in the Emergency Department and in the United States Air Force as a commissioned officer. I was stationed at Lackland Air Force Base, Tx for 7 years, again, working mostly in the Emergency Department of Wilford Hall Medical Center. Working with people under all types of conditions, both stressful and normal, I've become a pretty good judge of character over the years. I have many people I would call acquaintances, and a select few become my friends. Thus my letter to you. I'm writing concerning a good friend of mine Christopher (Kip) Holmes.

I've Known Kip for over 17 years. We met when we were neighbors in Atlanta, Georgia. Coming from a much smaller community, I was hesitant about moving to such a major metropolitan area, and knew hardly anyone. Kip greeted me, and his genuine welcome made me feel right at home immediately, giving me the support and confidence I needed to survive the big city. Kip would often come over and do some minor repairs to my house, or we would have dinner and watch TV at his house. He was a great friend to have. On one occasion, I called him for advice while he was hosting a party. He took time away from his guests to make sure my concerns were put to rest. He brought birthday presents for my family the first year I was in the neighborhood. More than once he showed me how to fix something, or came to pick me up when my car broke down. The first time I bought a boat, Kip went over the entire craft, telling me the proper maintenance, and how to operate it. Eventually, when Kip moved for his job, I bought his house, as I needed more room and knew Kip takes care of everything he owns.

Usually, when friends move away, gradually I loose contact with them; but not Kip. Kip and I have each made multiple trips to each others homes, and even took a vacation together. Kip and I maintained the friendship despite the distance between us through phone calls and emails.

When I first found out that Kip had run afoul with the law, I wanted to speak with him immediately. I wanted to know details so I could determine if I should continue my friendship. Kip took ownership of his actions, and explained what he could about the situation. I searched the internet, called mutual friends, spoke with Kip, prayed about it, and came to the decision to stick by Kip. Good people often do wrong things, but I know deep in my soul that Kip made a bad decision, and does not have a bad lifestyle. We talked a lot about what was on the internet, and I know Kip had a bad lapse in judgement. He was upfront about some very intimate details of his life, and while I don't necessarily agree with some of it, I support his ownership and his candor. He as paid tremendously for it already; losing his job, losing friends, having strangers judge his morality, etc. Kip is not a law breaker, and I'm throughly convinced that he has taken the appropriate ownership of his situation. He's even seeking professional counseling to deal with this matter.

As you consider Kip's punishment, I beg you to remember Kip as a person. To my knowledge, he has never run afoul with the law before. He's been employed by the same company for a multitude of years, and has planned for his retirement years without being financially dependent on "the system". He maintains contact with (and sometimes cares for) his aging parents. Kip is one of the very few people in this world that I would say this about, even including my immediate family members. Probation would be punishment enough for Kip, as he already lost his job, and learned a very valuable lesson. I would go so far as to volunteer to take Kip in, shelter him, feed him, monitor him and his actions, and know I would not be jeopardizing my good standing in the community. Kip could still remain an active, productive member of society, with my monitoring, and not burden an already overburdened prison system.

Thank you for your time, and please feel free to contact me directly if you have any questions or need clarification.


Sincerely,

*[signature: John Barcus]*

John Barcus