UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,　　　　　　CASE NO. 13-60239-CR-DIMITROULEAS

　　　　Plaintiff,

vs.

CHRISTOPHER HOLMES,

　　　　Defendant.
_____/

## NOTICE OF RECEIPT

　　THIS COURT gives Notice of Receipt of a February 19, 2014 letter from John Barcus.

　　DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 24th day of February, 2014.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Corey Steinberg, AUSA
Michael Dutko, Esquire
Pre-Trial Services