

# Department of the Treasury
## Federal Law Enforcement Agencies
### PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States Of America | 13-60239-Cr-Dimitrouleas |
| DEFENDANT | TYPE OF PROCESS |
| Christopher Holmes | Preliminary Order |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE
One Toshiba Laptop Computer, SN# 5B100586K
ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)
ICE

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
AUSA Roger W. Powell
Untied States Attorney's Office
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33394

| NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
|---|---|
| NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 1 |
| CHECK BOX IF SERVICE IS ON USA | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Please seize above reference property.
CATS Id No. 13-ICE-001873
FPF No. 2013-5203-0002-7801

Signature of Attorney or other Originator requesting service on behalf of ☑ Plaintiff ☐ Defendant
*Roger W. Powell*
TELEPHONE NO: 954-660-5792
DATE: 02/032014

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

---

**SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY**

I acknowledge receipt for the total number of process indicated: 1
District of Origin No: 4
District to Serve No: 4
SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER
DATE: 2/6/14

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE

NAME AND TITLE OF INDIVIDUAL SERVED (IF NOT SHOWN ABOVE):
Alfred Cummings- SPS- HSI

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode

ADDRESS (Complete only if different than shown above):
Homeland Security Investigations
11226 NW 20th St. Miami, Florida 33172

| DATE OF SERVICE | TIME OF SERVICE | ☐ AM |
|---|---|---|
| 02-25-2014 | 3:00 | ☒ PM |

SIGNATURE, TITLE AND TREASURY AGENCY
SPS-HSI

REMARKS: Served Preliminary Order of Forfeiture in seizure number- 2013-3203-000278-01 Line-001 Toshiba Laptop Computer # 5B100586K. Copy placed on the evidence in the Miami Cyber Room.( 2-25-2014)

TD F 90-22.48 (6/96)