2697 Weymoth Road
Winston-Salem, NC 27103
March 9, 2014

The Honorable Judge William P Dimitrouleas
United States District Court for the Southern District of Florida
299 East Broward Blvd
203F
Fort Lauderdale, FL 33301

# 13-60239-CR-WPD

Dear Judge Dimitrouleas;

    I write this letter in support of my friend, Captain Christopher Holmes. I have known Captain Holmes since 1996, when we were introduced by mutual friends. Captain Holmes and I have remained close friends, despite the fact that our careers have taken us in very different directions since our first meeting.

    My background is medical. I am Board-Certified Obstetrician/Gynecologist who practiced in Atlanta, Georgia, from 1996 until 2013. I current hold the title of Assistant Professor in the Department of Obstetrics and Gynecology at the Wake Forest University School of Medicine here in Winston-Salem. I hold unrestricted medical licenses in Florida, Georgia, and North Carolina. My parents still live in Naples, Florida, in the house in which I grew up (1967 thru 1981.)

    Captain Holmes has always been a honest and trustworthy friend for all the years I have known him. The nature of his offense has shocked me deeply; I never before would have thought him capable of such an offense. However, we all make mistakes, and, despite the terrible nature of his offense, I still value Captain Holmes as a friend.

    Captain Holmes deserves the court's leniency for several reasons. Firstly, he has destroyed his career in aviation, a career he deeply loved. Given the nature of his offense and the surrounding publicity, he will never fly commercially again. Secondly, Captain Holmes has accepted responsibility for his actions, and has entered a program of counseling to prevent recurrence of his offense. Finally, Captain Holmes' parents are in poor health, and a lengthy incarceration will be a hardship on them in their declining years.

    In summary, Captain Holmes is a responsible member of the community who has made a grave mistake. He has accepted responsibility for his actions. He has friends to help him avoid future offenses. He has family members who need his assistance and support. His actions have already ended his career. Please give serious consideration to a lenient sentence, given that Captain Holmes actions has already paid a high price for his error.

Sincerely,

William W Crone, MD