UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 13-60239-CR-DIMITROULEAS

    Plaintiff,

vs.

CHRISTOPHER HOLMES,

    Defendant.
_____/

## NOTICE OF RECEIPT

THIS COURT gives Notice of Receipt of a March 9, 2014 letter from Dr. William Crone.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of March, 2014.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Corey Steinberg, AUSA
Michael Dutko, Esquire