APRIL 4, 2014

The Honorable Judge William P.Dimitrouleas

US District Court for the Southern District of Florida

299 East Broward #203F

Fort Lauderdale, FL 33301

Subject: Christopher Holmes (case 0:13-cr-60239-WPD)

Dear Honorable Judge Dimitrouleas:

My husband, 3 children and I live on n.e.18th ave, just a few homes down from Christopher (Kip) Holmes. We have lived in our home for 21 years. Our street is a tight knit community where most residents are long term and we all know each other. We have always had a sense of family, safety, and enjoyment on our street that most people don't get to have in south Florida, because it is so transient. All that being said, our world was rocked when we found out what Mr. Holmes pled guilty to. Our so called safe neighborhood was stripped of that because of what kind of person, we found out was living among us.

Immediately we had to have conversations with our children that went beyond "don't talk to strangers" because he was not a stranger. The depth of horror this man wanted to do to children in unimaginable. What's even more horrible is that carefree lifestyle our children enjoyed playing on our street is gone and will remain gone as long as he lives on our street. Their innocence is something we've strived to keep for as long as possible. Now a part of that is gone earlier than planned. Our family lives by the motto of treat other are the way you want to be treated. We did that with this man and he has not, by removing from us the safety and peace we enjoyed.

After many hours, days, and weeks of deep contemplation, we would like you to consider the maximum penalty for his crime based on the detailed extent he went to write these plans out. We thank God he was arrested before his plans were carried out. The problem with that last statement is we truly cannot know if he has carried those out before. The safety of our children, our children's friends, and this neighborhood is in the power of your hands. May your decision be wise and just.

Thank you,

Ralph & Melissa Ferro