TIME IN COURT: **40 min.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA           CASE NO. **13-60239**

VS.

**Christopher Holmes**

SENTENCING MINUTES

DATE: **April 9, 2014**           Court Reporter: **Francine Salopek**
AUSA: **Corey Steinberg**          Defense Counsel: **Michael Dutko**
Interpreter: _____        Deputy Clerk: _____

____ Deft. Failed to Appear. Warrant to Issue. Bond Forfeited.

____ Sentencing continued to __/__/____ at _____ am/pm

JUDGMENT AND SENTENCE

Imprisonment: **48** Months _____ Counts

_____

Supervised Release: **5 years**

_____

Conditions of Supervised Release: ___ Maintain Employment ___ Search of Property
___ Deportation ___ Drug/Alcohol Treatment ___ Financial Disclosure ___ No new debt
___ No self-employment without permission ___ Occupational Restriction
___ Computer restriction ___ Home Detention with/without Electronic Monitoring
Other **Sex Offender Conditions**
Assessment **$100**   Fine **$10,000**   Restitution **$3,000**

Remaining Counts Dismissed on Government Motion: _____

✓ Defendant advised of right to appeal.
✓ Deft remanded to U.S. Marshal ___ Released on Bond pending Appeal
___ Deft to voluntary surrender to ___ designated institution or ___ Office of the U.S. Marshal
On or before **Request for Self-Surrender is Denied.**
Recommendations to the Bureau of Prisons _____