UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60239-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER HOLMES,

    Defendant.
_____/

## DEFENDANT'S MOTION TO DISCHARGE SURETY

Defendant, **CHRISTOPHER HOLMES,** by and through his undersigned counsel, files this Motion to Discharge Surety and would show for cause as follows:

1. That on September 11, 2013, United States Magistrate Judge Patrick Hunt entered an Order in this case setting conditions of pretrial release and requiring a signature bond of $100,000.00 with surety payment of $10,000.00 to the Clerk of the Court;

2. That the appropriate documents were executed in open court and the $10,000.00 surety was paid to the Clerk on September 11, 2013 (receipt number: FLS000004305);

3. That Defendant HOLMES has met and complied with all conditions of pretrial release;

4. That on Wednesday, April 9, 2014, Defendant HOLMES appeared before this Honorable Court and was sentenced. Thereafter, HOLMES was remanded into custody to begin serving his sentence;



5.  That all conditions of the pretrial surety bond having been met, HOLMES, by and through undersigned counsel hereby requests entry of an Order formally discharging the signature bond and releasing the $10,000.00 (10%) surety previously paid to the Clerk of the Court under corresponding receipt number: FLS000004305.

WHEREFORE, the Defendant, CHRISTOPHER HOLMES, respectfully requests that this Honorable Court grant this motion and enter an order forthwith Discharging the Signature Bond and releasing the 10% ( $10,000.00)  surety to the depositor.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document is being electronically filed *via* the **CM/EFC System** this **14th day of April, 2014**, with the **Clerk of the United States District Court, Southern District of Florida.** I further certify that the foregoing document is also being furnished *via* the **CM/EFC System** this date to counsel of record/interested parties on the attached Certificate of Service List.

Respectfully submitted,

BOGENSCHUTZ, DUTKO & KROLL, P.A.
Attorneys for Defendant
600 South Andrews Avenue
Suite 500
Fort Lauderdale, FL 33301
954-764-2500; 954-764-5040 (fax)
mdukto@bdkpa.com; jeanhanau@bdkpa.com

BY: **/s/ Michael E. Dutko, Sr.**
    MICHAEL E. DUTKO, SR.
    Florida Bar No. 434957



## CERTIFICATE OF SERVICE LIST

UNITED STATES OF AMERICA vs. CHRISTOPHER HOLMES
CASE NO. 13-60239-CR-DIMITROULEAS
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

**ATTORNEY FOR PLAINTIFF - USA**
COREY STEINBERG, Esquire
Assistant United States Attorney
Office of the United States Attorney
500 East Broward Boulevard
7th Floor
Fort Lauderdale, FL 33394
954-660-5147
corey.steinberg@usdoj.gov

**UNITED STATES PROBATION OFFICER**
SHANNON CULBERSON, U.S.P.O.
U.S. Courthouse
299 East Broward Boulevard
Suite 409
Fort Lauderdale, FL 33301-1865
954-769-5543
shannon_culberson@flsp.uscourts.gov

USA. CHRISTOPHER HOLMES
CASE NO. 13-60239-CR-DIMITROULEAS
SENTENCING MEMORANDUM
(Page 7 of 7)

LAW OFFICES OF BOGENSCHUTZ, DUTKO & KROLL, P.A.
600 S. ANDREWS AVE., SUITE 500 • FT. LAUDERDALE, FL 33301 • TEL.: (954) 764-2500 • FAX: (954) 764-5040 • WEBSITE: WWW.BDKPA.COM

