UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO.  13-60239-CR-DIMITROULEAS

    Plaintiff,

vs.

CHRISTOPHER HOLMES,

    Defendant.
_____/

**O R D E R**

THIS CAUSE came before the Court on the Defendant's April 14, 2014 Motion to Discharge Surety [DE-54].[1]  The Court defers ruling for five (5) days to await a response from the Government, as the court did impose a fine.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of April, 2014.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Corey Steinberg, AUSA
Michael Dutko, Esquire

---

[1] The Court notes that a proposed order should also be filed by the Defendant.