UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.13-60239-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

vs.

CHRISTOPHER HOLMES,

Defendant.
_____/

**FINAL ORDER OF FORFEITURE**

Upon motion of the United States for entry of a final order of forfeiture pursuant to Title 18, United States Code, Section 2253, the procedures set forth in Title 21, United States Code, Section 853 and Rule 32.2(c)(2) of Federal Rules of Criminal Procedure, upon a review of the record in this matter and for good cause shown thereby, the Court hereby finds that:

1. On September 26, 2013, a United States Grand Jury returned an Indictment charging that defendant Christopher Holmes did knowingly possess, and knowingly access with intent to view, matter, that is, a Toshiba Laptop Computer, which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, by any means including by computer, and which was produced using materials which have been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).   Pursuant to Title 18, United States Code,

1

Section 2252(b)(2), it was further alleged that this violation involved a visual depiction of a prepubescent minor or a minor who had not attained twelve (12) years of age.

2. The Indictment also included forfeiture allegations pursuant to Title18, United States Code, Sections 2253, of any property, real or personal, used or intended to be used to commit or to promote the commission of such offense. The property included, but was not limited to the following:

(a) One (1) Toshiba Laptop Computer, Serial Number 5B100586K.

3. On January 22, 2014, the defendant plead guilty to the Indictment, (DE# 27, 28) and signed a written plea agreement in which he forfeited to the United States the property listed in paragraph 2 above, pursuant to Title 18, United States Code, Section 2253, as property accumulated as a result of illegal activities, in violation of Section 2252A.

4. On February 3, 2014, this Court entered a preliminary order of forfeiture, (DE 32) against the property in favor of the United States of America pursuant to Title 18, United States Code, Section 2253, the procedures set forth in Title 21, United States Code, Section 853, and Rule 32.2 (b)(2).

5. In accordance with 21 U.S.C. § 853(n)(1), and the Attorney General's authority to determine the manner of publication in a criminal case, notice of the Preliminary Order of Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least thirty (30) consecutive days, beginning on February 9, 2014 and ending on March 30 2014.

6. The proof of Publication of Notice of Forfeiture was filed with the Clerk of this Court on March 12, 2014. (DE 37).

7. Under the provisions of Title 21, United States Code, Section 853(n)(2), a person claiming an interest in the property at issue must file a petition with the Court within thirty days of the publication of notice or his receipt of notice, whichever is earlier.

8. As of the date of this motion, no person or persons have filed a petition with the Court, pursuant to said Notice of Forfeiture and the deadline to do so expired. The United States is not aware of any persons or entities, other than defendant, who have an interest of record in the property identified in the Preliminary Order of Forfeiture in this action, as further identified in paragraph (2) above, who have not been given notice as required by law.

Accordingly, pursuant to Title 21, United States Code, Section 853(n)(7), Rule 32.2(c)(2) of Federal Rules of Criminal Procedure, and for good cause shown, it is hereby,

**ORDERED, ADJUDGED and DECREED** that the property identified in paragraph (2) above, is hereby transferred, forfeited to and vested in the United States Homeland Security Investigations. The United States pursuant to Title 21, United States Code, Section 853(n)(7), shall have clear title vested to the above listed property.

**IT IS FURTHER ORDERED** that the United States Homeland Security Investigations, or any other duly authorized law enforcement agents, shall dispose of the forfeited property in accordance with the law.

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Florida this 17 day of April, 2014.

HONORABLE WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

3

cc:   AUSA Roger W. Powell (2 certified copies)