UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   13-60239-CR-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA

v.

CHRISTOPHER HOLMES,

        Defendant.
_____/

GOVERNMENT'S RESPONSE TO
DEFENDANT'S MOTION TO DISCHARGE SURETY

    COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully files this response to Defendant's motion to discharge the surety in this case.

    On April 9, 2014, Defendant was sentenced by this Honorable Court to forty eight (48) months imprisonment, five years of supervised release, a $10,000 fine and a $100 special assessment.

    On April 14, 2014, Defendant filed a motion asking the Court to enter an order formally discharging the signature bond and releasing the $10,000 surety previously paid to the Clerk of Court as a condition of his pre-trial release (DE 54).

    The undersigned has spoken with counsel for the Defendant who advised that both the

1

$10,000 fine and the $100 special assessment imposed by the Court at sentencing was forwarded to the Clerk of Court on April 17, 2014. Based on that information, the Government has no objection to the entry of an order discharging the surety payment of $10,000.

          Respectfully submitted,

          WIFREDO A. FERRER
          UNITED STATES ATTORNEY

By:     s / *Corey Steinberg*
          Assistant United States Attorney
          Florida Bar No. 0563234
          500 Broward Blvd. 7th Floor
          Fort Lauderdale, Florida 33394-3016
          Tel: 954-660-5147
          Fax: 954-356-7336

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 21, 2014, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF.

          s/ *Corey Steinberg*
          Assistant United States Attorney