UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,         CASE NO.  13-60239-CR-DIMITROULEAS

    Plaintiff,

vs.

CHRISTOPHER HOLMES,

    Defendant.
_____/

**O R D E R**

THIS CAUSE came before the Court on the Defendant's April 14, 2014 Motion to Discharge Surety [DE-54].  The Court deferred ruling and has received an April 21, 2014 response from the Government [DE-58].  The Motion to Discharge Surety [DE-54] is Granted.  The Clerk shall release the bond paid, plus interest, to the depositor.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of April, 2014.

/s/ William P. Dimitrouleas
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Corey Steinberg, AUSA
Michael Dutko, Esquire
Clerk of Court