UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  13-60239-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,
v.

CHRISTOPHER HOLMES,

    Defendant.
_____/

### DEFENDANT'S MOTION TO PERMIT USE OF EMAIL THROUGH THE BUREAU OF PRISONS

COMES NOW Defendant, CHRISTOPHER HOLMES, by and through undersigned counsel, and hereby files this Motion to Permit Use of Email through the Bureau of Prisons (BOP), as and grounds therefor, states as follows:

1. That on April 9, 2014, Defendant, CHRISTOPHER HOLMES, was sentenced by this Court to 44 months BOP.

2. That a condition of Defendant's supervised release which follows is restriction of the use of a computer.

3. That the BOP has this same restriction unless ordered differently by the Court.

4. That the email system used in the BOP is administered through Trulinks. This allows inmates to send and receive emails; however, all contacts must be previously approved by the BOP. Further, all emails coming in and going out are monitored.

5. That there is no access to the internet for any inmate in the BOP's system; therefore, there is no chance that the Defendant would have access to any inappropriate material.

6. That Defendant, who is currently serving his 44-month sentence at FCI Coleman Low in

Sumterville, Florida (Register Number: 03858-104), has no family or immediate friends who live in the area to visit him. Unlike local calls which cost five cents per minute, long distance calls cost twenty-three cents per minute. The easiest and most economical way for Mr. Holmes to stay in touch with his family and friends is through email.

      7. That undersigned counsel's office has consulted with Assistant United States Attorney Corey Steinberg (954-660-5147) who wishes to defer this matter to the discretion of the Court.

WHEREFORE, Defendant, CHRISTOPHER HOLMES, by and through undersigned counsel, respectfully prays this Court will grant the foregoing Motion and enter an Order recommending that the Bureau of Prisons permit Mr. Holmes access to the Trulinks email system while in FCI Coleman Low in Sumterville, Florida and all other designated BOP facilities for the duration of Mr. Holmes' sentence.

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the foregoing document is being electronically filed via the CM/EFC system this 16th day of October, 2015, with the Clerk of the United States District Court, Southern District of Florida; COREY STEINBERG, Assistant United States Attorney, Office of the United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, FL 33394.

Respectfully submitted,

BOGENSCHUTZ, DUTKO & KROLL, P.A.
Attorneys for Defendant/CHRISTOPHER HOLMES
600 South Andrews Avenue, Suite 500
Fort Lauderdale, FL 33301
954-764-2500; 954-764-5040 (fax)
mdukto@bdkpa.com; jeanhanau@bdkpa.com

BY: /s/ MICHAEL E. DUTKO, SR.
     Florida Bar No. 434957