SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                               CASE NO.  13-60239-CR-DIMITROULEAS

    Plaintiff,

vs.

CHRISTOPHER HOLMES,

    Defendant.

_____/

**O R D E R**

THIS CAUSE came before the Court on the Defendant's October 16, 2015 Motion to Permit Use of Email [DE-60].  The Defendant has no First Amendment right to access the inmate email program.[1]  However, this Court's computer restriction condition of supervised release does not prevent the Bureau of Prisons from granting Defendant access to the Trulinks email system.  Although this Court has no objection to the Bureau of Prisons' granting Defendant email access, this Court has no authority to order them to do so.

Wherefore, Defendant's Motion to Permit Use of Email [DE-60] is Dismissed.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of October, 2015.

WILLIAM P. DIMITROULEAS
United States District Judge

---

[1] See Grayson v. Federal Bureau of Prisons, 2011 WL 7154384*5 (N.D. W. Va. 2011).

Copies furnished to:

Corey Steinberg, AUSA

Michael Dutko, Esquire