UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  13-60239-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER HOLMES,

    Defendant.
_____/

## DEFENDANT'S MOTION TO MODIFY SUPERVISED RELEASE

COMES NOW Defendant, CHRISTOPHER HOLMES, by and through undersigned counsel, and hereby moves this Honorable Court for entry of an Order modifying supervised release, and as grounds therefore, states as follows:

1. That Defendant, CHRISTOPHER HOLMES, appeared before this Honorable Court on April 9, 2014, and was sentenced to forty-eight (48) months incarceration in the United States Bureau of Prisons to be followed by five (5) years of supervised release.

2. That Defendant, CHRISTOPHER HOLMES, was released from the United States Bureau of Prisons on September 12, 2017.

3. That a special condition of supervised release ordered that Defendant shall not possess or use any computer, except that Defendant may, with prior permission of the Court, use a computer in connection with authorized employment.

4. That Defendant does extensive bookkeeping and bill paying for his elderly parents who reside in an assisted living facility in Ann Arbor, Michigan. The special condition of supervised release prohibiting use of a computer is creating tremendous difficulty in dealing with Defendant's

own bill paying and investment account management, as well as dealing with bookkeeping and bill paying for his elderly parents.

5. That Defendant has become aware of a program or device which can be installed on a home computer that permits a probation officer to monitor a Defendant's online computer activity. Defendant advises that the monthly cost for the program or device which provides for monitoring computer activity is approximately $30.00 per month that he will pay for.

6. That Defendant has advised undersigned counsel that his probation officer, Michael Parrish (954-769-5585 office) has had some experience with the monitoring device in question. In fact, if permitted by the Court, it would actually be Mr. Parrish who would install the monitoring device.

7. That Mr. Parrish also advised Defendant that due to the nature of the underlying criminal offense for which Defendant was convicted, that it was the policy of his office to object to any request for such modification; however, Mr. Parrish further advised that in other similar situations, especially where Defendants have demonstrated appropriate compliance with the conditions of supervised release, other courts have permitted such monitored computer use.

8. That undersigned counsel has discussed this Motion to Modify Conditions of Supervised Release (to permit monitored internet access) with United States Probation Officer Michael Parrish (954-769-5595) who has indicated that although due to the nature of the underlying criminal offense he must interpose an objection to such monitored internet access. Mr. Parrish did, however, indicate that Defendant has been totally cooperative and in all ways fully compliant with the terms and conditions of his supervised release. Furthermore, Mr. Parrish acknowledged that in today's world it is virtually impossible to conduct one's business affairs without some internet access.

9. That undersigned counsel's office has also discussed Defendant's request with Assistant U.S. Attorney Corey Steinberg (954-666-5147) who takes no position on this matter.

10. That since Defendant's initial pretrial release after his arrest and since his release upon completion of his sentence of forty-eight (48) months incarceration, Defendant, CHRISTOPHER HOLMES, has demonstrated a positive and cooperative attitude and has arduously abided by all general and special conditions of supervised release, as well as any and all instructions by his supervising officer, Michael Parrish.

WHEREFORE, Defendant, CHRISTOPHER HOLMES, by and through undersigned counsel hereby prays this Honorable Court will enter an Order modifying his supervised release allowing him to have a program or device installed (installation and monthly costs to be paid by Defendant) on his home computer (to be monitored by probation) that would permit Defendant to perform his accounting duties (pay his bills and perform investment account management), as well as perform bookkeeping and bill paying for his elderly parents.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document is being electronically filed via the CM/EFC system this 30th day of May, 2018, with the Clerk of the United States District Court, Southern District of Florida; Assistant United States Attorney Corey Steinberg via corey.steinberg@usdoj.gov; and, United States Probation Officer Michael Parrish via michael_parish@flsp.uscourts.org.

Respectfully submitted,

BOGENSCHUTZ, DUTKO & KROLL, P.A.
Attorneys for Defendant/CHRISTOPHER HOLMES
600 South Andrews Avenue, Suite 500
Fort Lauderdale, FL 33301
954-764-2500; 954-764-5040 (fax)
mdukto@bdkpa.com; jeanhanau@bdkpa.com

BY: /s/ *Michael E. Dutko, Sr*.
     MICHAEL E. DUTKO, SR.
     Florida Bar No. 434957