UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60239-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER HOLMES,

    Defendant.
_____/

## ORDER

This matter having come before the Court on Defendant's Second Motion to Modify Supervised Release [DE 64]. After due consideration, it is

ORDERED AND ADJUDGED that Defendant's Motion is hereby __Granted__

DONE AND ORDERED this __4__ day of __December__ 2020.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies Furnished:

Michael E. Dutko, Sr., Esq.
Dutko & Kroll, P.A.
Attorneys for Defendant
michael@dutkoandkroll.com
jean@dutkoandkroll.com

Brooke Latta, Assistant U.S. Attorney
brooke.latta@usdoj.gov

Ralph Hughes, U.S. Probation Officer
ralph_hughes@flsp.uscourts.gov